**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**At Greenbelt**

In Re:  Gregory T. Stewart                    *        Case No. 13-31421-WIL
       Nakia A. Stewart
                                  *

       Debtor(s)
                                  *

**WITHDRAWAL OF DOCUMENT**

DEBTORS, Gregory and Nakia Stewart, by and through the undersigned counsel, hereby withdraw the motion to reconsider and motion to modify plan.  The Debtors cannot afford the modified plan payments and they are in significant arrears with their mortgage payment., therefore they have requested counsel to refile their bankruptcy and work a new feasible Plan with their creditors

September 24, 2018                    /s/ John P. Roberts, Bar 17578
                                    The John Roberts Law Firm, PC
                                    348 Thompson Creek Mall #212
                                    Stevensville, MD 21666
                                    202-350-0336 (O)
                                    443-703-7268 (F)
                                    john@johnrobertsesq.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of September 24, 2018, a copy of this WITHDRAWAL OF DOCUMENT was served upon the following party or parties either electronically via the court's ECF system to

 Nancy Spencer Grigsby, Chapter 13 Trustee

                                    /s/ John P. Roberts
                                    John P. Roberts, Bar No. 17578
                                    The John Roberts Law Firm, PC
                                    348 Thompson Creek Mall #212
                                    Stevensville, MD 21666